**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CLYDE STOKES,**

      **Petitioner,**

**v.**                               **Case No.  3:13cv450/MCR/CJK**

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, et al.,**

      **Respondents.**

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 13, 2014.  (Doc. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been made.  Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The Magistrate Judge's Report and Recommendation (doc. 15) is adopted and incorporated by reference in this order.

      2.  Respondent's motion to dismiss (doc. 13) is **GRANTED**.

      3.  The petition for writ of habeas corpus (doc. 1) is **DISMISSED** as moot.

      4.  The clerk shall close this file and related Case No. 3:13cv568/RV/EMT.

5.  A certificate of appealability is **DENIED**.


**DONE AND ORDERED** this 17th day of April, 2014.



*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**